# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVE MABLE, | : | |
| Petitioner, | : | 1:11-cv-1313 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| BRIAN V. COLEMAN, *et al.*, | : | |
| Respondents. | : | |

## ORDER

## April 23, 2014

**NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

                                             s/ John E. Jones III
                                             John E. Jones III
                                             United States District Judge